[No. 39748-0-II. Division Two. June 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN GENE
ENGLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00938-8, Anne Hirsch, J., entered August 20, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 27343-1-III. Division Three. June 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIANO FIGUEROA
DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02699-1, Michael E. Schwab, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 27548-5-III. Division Three. June 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALAN
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04366-8, Salvatore F. Cozza, J., entered November 24, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 27747-0-III. Division Three. June 17, 2010.]

WASHINGTON MOTORSPORTS LIMITED PARTNERSHIP, *Respondent*,
v. SPOKANE RACEWAY PARK, INC., *Defendant*, ORVILLE MOE,
*Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06856-4, Robert D. Austin, J., entered December 12, 2008. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.